

Caroline E. Reynolds<br>
PARTNER<br>
Zuckerman Spaeder LLP<br>
creynolds@zuckerman.com<br>
202.778.1859

July 13, 2020

**VIA ECF**

The Honorable Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

  Re: *Collins, et al. v. Anthem, Inc., and Anthem UM Services, Inc.*
     Case No. 2:20-cv-01969-FB-SIL

Dear Judge Block:

On behalf of the Plaintiffs in the above-referenced class action, I write to respond to the letter motion filed by Defendants on July 6, 2020 (*see* ECF No. 14). None of the arguments summarized in Defendants' letter has merit, and Plaintiffs intend to oppose any motion to dismiss the Defendants may file. Accordingly, Plaintiffs respectfully request that the Court enter a briefing schedule.

              Respectfully submitted,

              */s/ Caroline E. Reynolds*

              Caroline E. Reynolds
              Admitted *pro hac vice*

cc: Hon. Steven I. Locke
   Counsel of Record