



**Samuel Kadosh**
Direct Phone: +1 212 549 0451
Email: skadosh@reedsmith.com

599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

March 8, 2021

**Via Electronic Mail**

Caroline E. Reynolds
Zuckerman Spaeder LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036-5807

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 15 2021 ★

BROOKLYN OFFICE

Re:   Collins et. al. v. Anthem, Inc. et. al.
      Case No.: 20-cv-1969 (FB) (SIL)

Dear Ms. Reynolds:

Pursuant to the Individual Rules of Practice of Judge Frederic Block, enclosed please find Anthem's Notice of Motion to Dismiss dated March 8, 2021, the Declaration of Michelle Kersey, dated March 8, 2021, and the exhibits annexed thereto, and the Memorandum of Law in Support of Anthem's Motion to Dismiss, dated March 8, 2021.

Regards,

/s/ Samuel Kadosh
Samuel Kadosh


cc:   The Honorable Frederic Block (via first class mail w/o enclosures)
      The Honorable Steven I. Locke (via first class mail w/o enclosures)