## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARISSA COLLINS, on her own behalf, and on behalf of all others similarly situated, and JAMES BURNETT, on behalf of his son, and on behalf of all others similarly situated, and KARYN SANCHEZ, on behalf of her minor son and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHEM, INC. and<br>ANTHEM UM SERVICES, INC.<br><br>Defendants. | Civil Action No. 2:20-cv-01969 (FB) (SIL)<br><br><u>**NOTICE OF MOTION**</u> |

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Michelle Kersey dated March 8, 2021, together with the exhibits annexed thereto, and the accompanying memorandum of Law dated March 8, 2021, Defendants Anthem, Inc. and Anthem UM Services, Inc. will move this Court, before the Honorable Frederic Block, United States District Judge for the Eastern District of New York, in Courtroom 10C, of the Federal Courthouse, 225 Cadman Plaza East, Brooklyn, NY 11201, at a date and time to be determined by the Court, for an order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, granting dismissal with prejudice of (i) Counts I, III and IV of Plaintiffs' Amended Complaint; (2) all allegations in the Amended Complaint regarding substance use disorder guidelines, and (3) Count II of the Amended Complaint as to Plaintiff Karyn Sanchez; and such other and further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's February 4, 2021 Order, any opposition briefs shall be served on or before April 7, 2021, and any reply briefs shall be served on or before April 28, 2021.

Dated: March 8, 2021                                 Respectfully submitted,

REED SMITH LLP

/s/ *Martin J. Bishop*_____
Martin J. Bishop
Rebecca R. Hanson
10 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 207-1000
Facsimile: (312) 207-6400
mbishop@reedsmith.com
rhanson@reedsmith.com

Samuel Kadosh
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Fascimile: (212) 521-5450
skadosh@reedsmith.com

*Attorneys for Defendants Anthem Inc.
and Anthem UM Services, Inc.*

To:    Zuckerman Spaeder LLP
        D. Brian Hufford
        Jason S. Cowart
        1185 Avenue of the Americas, 31st Floor
        New York, NY 10036
        Telephone: (212) 704-9600
        dbhufford@zuckerman.com
        jcowart@zuckerman.com

        Zuckerman Spaeder LLP
        Caroline E. Reynolds (*pro hac vice*)
        1800 M St., NW, Suite 1000
        Washington, DC 20036
        Telephone: (202) 778-1800
        creynolds@zuckerman.com

Zuckerman Spaeder LLP
Samantha Gerencir (*pro hac vice*)
101 East Kennedy Boulevard
Suite 1200
Tampa, FL 33602-5838
Telephone: (813) 221-1010
sgerencir@zuckerman.com

Psych-Appeal, Inc.
Meiram Bendat (admitted *pro hac vice*)
8560 West Sunset Boulevard, Suite 500
West Hollywood, CA 90069
Telephone: (310) 598-3690, x.101
mbendat@psych-appeal.com

*Attorneys for Plaintiffs*