## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARISSA COLLINS, on her own behalf, and on behalf of all others similarly situated, JAMES BURNETT, on behalf of his son, and on behalf of all others similarly situated, and KARYN SANCHEZ, on behalf of her minor son and all others similarly situated,<br><br>                        Plaintiffs,<br><br>   v.<br><br>ANTHEM, INC. and ANTHEM UM SERVICES, INC.,<br><br>                        Defendants.<br>A.I., on behalf of his minor daughter and all others similarly situated,<br><br>                        Intervenor Plaintiff,<br><br>   v.<br><br>ANTHEM, INC. and ANTHEM UM SERVICES, INC.,<br><br>                        Defendants. | Civil Action No. 2:20-cv-01969-FB-SIL |

## INDEX OF EXHIBITS TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

**Exhibits to Memorandum of Law in Support of Plaintiffs' Motion for Class Certification:**

| Exhibit No. | Description |
|---|---|
| 1. | Joint Stipulation Concerning Member Sample |
| 2. | Member Sample List |
| 3. | Excerpts from the June 22, 2022 Deposition of Dr. Rowland Pearsall, Defendants' 30(b)(6) designee |
| 4. | Excerpts from the June 15, 2022 Deposition of Dr. Keith Isenberg, Defendants' 30(b)(6) designee |
| 5. | Admin.00001 (2017) (ANTM_COL_0002885) |
| 6. | Admin.00001 (2020) (ANTM_COL_0004609) |
| 7. | Anthem Medical Policy No. Admin.0004H (Oct. 4, 2016) (ANTM_COL_0002954-55) |

| Exhibit No. | Description |
|---|---|
| 8. | Anthem Medical Policy No. Admin.0004 (July 8, 2020) (ANTM_COL_0004614-15) |
| 9. | Anthem UMPD – 2017 (ANTM_COL_0066499-519) |
| 10. | Anthem UMPD – 2018 (ANTM_COL_0002436-60) |
| 11. | Anthem UMPD – 2019 (ANTM_COL_0002510-32) |
| 12. | Anthem UMPD – 2020 (ANTM_COL_0002581-603) |
| 13. | Anthem UMPD – 2021 (ANTM_COL_0002650-73) |
| 14. | Utilization Management Operational Guideline: Benefit Review (approved Nov. 10, 2020) (ANTM_COL_0005936-39) |
| 15. | Anthem UM Services, Inc., Utilization Review/ Management Process Policy entitled, "Utilization Review Process" (Dec. 18, 2020) (ANTM_COL_0001974-94) |
| 16. | 2017 Peer Reviewer Training Manual (ANTM_COL_0000001-59) |
| 17. | 2018 Peer Reviewer Training Manual (ANTM_COL_0005956-6016) |
| 18. | 2019 Peer Reviewer Training Manual (ANTM_COL_0137780-846) |
| 19. | 2020 Peer Reviewer Training Manual (ANTM_COL_0001879-1944) |
| 20. | Enterprise Framework for Medical Policy & Clinical UM Guideline Implementation (Dec. 10, 2019) (ANTM_COL_0002987-92) |
| 21. | Anthem Process Guide # PIRRAC.001, entitled, "Operational Guideline for Physicians Inter-rater Reliability Assessment" (approved 2020) (ANTM_COL_0001426-32) |
| 22. | Behavioral Health Physician Inter Rater Reliability Report (2017) (ANTM_COL_0001455-65) |
| 23. | Behavioral Health Physician Inter Rater Reliability Report (2018) (ANTM_COL_0001466-76) |
| 24. | Behavioral Health Physician Inter Rater Reliability Report (2019) (ANTM_COL_0001477-88) |
| 25. | Behavioral Health Physician Inter Rater Reliability Report (2020) (ANTM_COL_0001945-59) |
| 26. | Expert Report of Andrew J. Gerber, MD PhD |
| 27. | Excerpts from the August 18, 2022 Deposition of Dr. Andrew Gerber |
| 28. | Expert Report of Marc Fishman, M.D. |
| 29. | Excerpts from the August 25, 2022 Deposition of Dr. Marc Fishman |
| 30. | Excerpts from the November 3, 2022 Deposition of Dr. David Rosenberg |
| 31. | Level of Care Utilization System for Psychiatric and Addiction Services ("LOCUS") (December 2016) |
| 32. | MCG White Paper – Mental Health Parity: Where Have We Come From? Where Are We Now? (2017) |
| 33. | Excerpts from the June 13, 2022 Deposition of Plaintiff Marissa Collins |
| 34. | Excerpts from the June 23, 2022 Deposition of Plaintiff James Burnett |
| 35. | Excerpts from the May 23, 2022 Deposition of Plaintiff Karyn Sanchez |
| 36. | Excerpts from the July 28, 2022 Deposition of Plaintiff A.I. |
| 37. | Zuckerman Spaeder LLP Biographies |
| 38. | Psych-Appeal, Inc. Biography |

| Exhibit No. | Description |
|---|---|
| 39. | Berger Montague Biographies |

**Exhibits to Declaration of Caroline E. Reynolds in Support of Plaintiffs' Motion for Class Certification:**

| Exhibit(s) | Description |
|---|---|
| A-001-A383 | Claim Sample Members' Denial Letters |
| B-001-B-383 | Claim Sample Members' Plan Documents Produced by Anthem |
| C-01-C03 | Anthem Clinical UM Guideline, "Psychiatric Disorder Treatment" (CG-BEH-03) |
| C-04-C-05 | Anthem Clinical UM Guidelines, "Substance-Related and Addictive Disorder Treatment" (CG-BEH-04) |
| C-06-C-09 | MCG Guideline for Residential Behavioral Health Level of Care, Adult (B-901-RES (BHG)) |
| C10-C15 | MCG Guideline for Residential Behavioral Health Level of Care, Child or Adolescent (B-902-RES (BHG)) |
| C16-C20 | MCG Guideline for Substance-Related Disorders, Residential Behavioral Health Level of Care, Adult (B-903-RES (BHG)) |
| C21-C24 | MCG Guideline for Substance-Related Disorders, Residential Behavioral Health Level of Care, Child or Adolescent (B-907-RES (BHG)) |
| D | Denial Rationale Summary Chart |
| E | Plan Document Citations: Residential Behavioral Health Treatment Covered |
| F | Plan Document Citations: Medical Necessity Requirement |
| G | Plan Language: Medical Necessity Definition |
| H | Excerpt from Anthem's records on Sample Member No. 26 |
| I | Excerpt from Appeal File - Sample Member No. 70 |
| J | Excerpt from Appeal File - Sample Member No. 154 |
| K | Excerpt from Appeal File - Sample Member No. 262 |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2022, I caused the foregoing to be served via electronic mail on Martin J. Bishop (mbishop@reedsmith.com), Rebecca R. Hanson (rhanson@reedsmith.com), Samuel Kadosh (skadosh@reedsmith.com), and Robert Deegan (rdeegan@reedsmith.com) counsel for Defendants Anthem, Inc. and Anthem UM Services, Inc.


                                                          */s/* Caroline E. Reynolds
                                                          Caroline E. Reynolds