# Exhibit 2

*Collins et al. v. Anthem, Inc., and Anthem UM Services, Inc.*,
Case No. 2:20-cv-1969 (FB) (SIL) (E.D.N.Y.)

## SAMPLE MEMBER LIST

| Sample No. | UM Number | Meets Class Definition? |
|---|---|---|
| 1 | 3040734 (Collins) | Yes. *See* Reynolds Decl., Exs. A-001 & D-G. |
| 2 | 5590201 (Burnett) | Yes. *See* Reynolds Decl., Exs. A-002 & D-G. |
| 3 | 8372388 (Sanchez) | Yes. *See* Reynolds Decl., Exs. A-003 & D-G. |
| 4 | 14022228 (A.I.) | Yes. *See* Reynolds Decl., Exs. A-004 & D-G. |
| 5 | 3336074 | Yes. *See* Reynolds Decl., Exs. A-005 & D-G. |
| 6 | 3546318 | Yes. *See* Reynolds Decl., Exs. A-006 & D-G. |
| 7 | 3567495 | Yes. *See* Reynolds Decl., Exs. A-007 & D-G. |
| 8 | 3606173 | Yes. *See* Reynolds Decl., Exs. A-008 & D-G. |
| 9 | 3731804 | Yes. *See* Reynolds Decl., Exs. A-009 & D-G. |
| 10 | 3798722 | Yes. *See* Reynolds Decl., Exs. A-010 & D-G. |
| 11 | 3803133 | Yes. *See* Reynolds Decl., Exs. A-011 & D-G. |
| 12 | 3868595 | Yes. *See* Reynolds Decl., Exs. A-012 & D-G. |
| 13 | 3933208 | Yes. *See* Reynolds Decl., Exs. A-013 & D-G. |
| 14 | 4038883 | Yes. *See* Reynolds Decl., Exs. A-014 & D-G. |
| 15 | 4116596 | Yes. *See* Reynolds Decl., Exs. A-015 & D-G. |
| 16 | 4206847 | Yes. *See* Reynolds Decl., Exs. A-016 & D-G. |
| 17 | 4422959 | Yes. *See* Reynolds Decl., Exs. A-017 & D-G. |
| 18 | 4467684 | Yes. *See* Reynolds Decl., Exs. A-018 & D-G. |
| 19 | 4495634 | Yes. *See* Reynolds Decl., Exs. A-019 & D-G. |
| 20 | 4627044 | Yes. *See* Reynolds Decl., Exs. A-020 & D-G. |
| 21 | 4713806 | Yes. *See* Reynolds Decl., Exs. A-021 & D-G. |
| 22 | 4715134 | Yes. *See* Reynolds Decl., Exs. A-022 & D-G. |
| 23 | 4852822 | Yes. *See* Reynolds Decl., Exs. A-023 & D-G. |
| 24 | 5143498 | Yes. *See* Reynolds Decl., Exs. A-024 & D-G. |
| 25 | 5212672 | Yes. *See* Reynolds Decl., Exs. A-025 & D-G. |
| 26 | 5221234 | No; Sample Member's plan not governed by ERISA. *See* Reynolds Decl., Ex. H at ANTM_COL_0015118. |
| 27 | 5433334 | Yes. *See* Reynolds Decl., Exs. A-027 & D-G. |
| 28 | 5532431 | Yes. *See* Reynolds Decl., Exs. A-028 & D-G. |
| 29 | 5537161 | Yes. *See* Reynolds Decl., Exs. A-029 & D-G. |
| 30 | 5599374 | Yes. *See* Reynolds Decl., Exs. A-030 & D-G. |
| 31 | 5973228 | Yes. *See* Reynolds Decl., Exs. A-031 & D-G. |
| 32 | 6040144 | Yes. *See* Reynolds Decl., Exs. A-032 & D-G. |
| 33 | 6329659 | Yes. *See* Reynolds Decl., Exs. A-033 & D-G. |
| 34 | 6499962 | Yes. *See* Reynolds Decl., Exs. A-034 & D-G. |
| 35 | 6529190 | Yes. *See* Reynolds Decl., Exs. A-035 & D-G. |
| 36 | 6896181 | Yes. *See* Reynolds Decl., Exs. A-036 & D-G. |
| 37 | 6928426 | Yes. *See* Reynolds Decl., Exs. A-037 & D-G. |

*Collins et al. v. Anthem, Inc., and Anthem UM Services, Inc.*,
Case No. 2:20-cv-1969 (FB) (SIL) (E.D.N.Y.)

## SAMPLE MEMBER LIST

| Sample No. | UM Number | Meets Class Definition? |
|---|---|---|
| 38 | 7633686 | Yes. *See* Reynolds Decl., Exs. A-038 & D-G. |
| 39 | 7811515 | Yes. *See* Reynolds Decl., Exs. A-039 & D-G. |
| 40 | 7831612 | Yes. *See* Reynolds Decl., Exs. A-040 & D-G. |
| 41 | 8041721 | Yes. *See* Reynolds Decl., Exs. A-041 & D-G. |
| 42 | 8406104 | Yes. *See* Reynolds Decl., Exs. A-042 & D-G. |
| 43 | 8601518 | Yes. *See* Reynolds Decl., Exs. A-043 & D-G. |
| 44 | 8611710 | Yes. *See* Reynolds Decl., Exs. A-044 & D-G. |
| 45 | 8613818 | Yes. *See* Reynolds Decl., Exs. A-045 & D-G. |
| 46 | 8642152 | Yes. *See* Reynolds Decl., Exs. A-046 & D-G. |
| 47 | 8962509 | Yes. *See* Reynolds Decl., Exs. A-047 & D-G. |
| 48 | 9065028 | Yes. *See* Reynolds Decl., Exs. A-048 & D-G. |
| 49 | 9559599 | Yes. *See* Reynolds Decl., Exs. A-049 & D-G. |
| 50 | 9584547 | Yes. *See* Reynolds Decl., Exs. A-050 & D-G. |
| 51 | 9737658 | Yes. *See* Reynolds Decl., Exs. A-051 & D-G. |
| 52 | 10110021 | Yes. *See* Reynolds Decl., Exs. A-052 & D-G. |
| 53 | 10171367 | Yes. *See* Reynolds Decl., Exs. A-053 & D-G. |
| 54 | 10176317 | Yes. *See* Reynolds Decl., Exs. A-054 & D-G. |
| 55 | 11116273 | Yes. *See* Reynolds Decl., Exs. A-055 & D-G. |
| 56 | 11153843 | Yes. *See* Reynolds Decl., Exs. A-056 & D-G. |
| 57 | 11172127 | Yes. *See* Reynolds Decl., Exs. A-057 & D-G. |
| 58 | 11249240 | Yes. *See* Reynolds Decl., Exs. A-058 & D-G. |
| 59 | 11270039 | Yes. *See* Reynolds Decl., Exs. A-059 & D-G. |
| 60 | 11444733 | No; decision relies on guideline not at issue. *See* Reynolds Decl., Ex. A-060. |
| 61 | 11497977 | Yes. *See* Reynolds Decl., Exs. A-061 & D-G. |
| 62 | 11547030 | Yes. *See* Reynolds Decl., Exs. A-062 & D-G. |
| 63 | 11659106 | Yes. *See* Reynolds Decl., Exs. A-063 & D-G. |
| 64 | 11734117 | Yes. *See* Reynolds Decl., Exs. A-064 & D-G. |
| 65 | 11926215 | Yes. *See* Reynolds Decl., Exs. A-065 & D-G. |
| 66 | 12101574 | No; decision relies on guideline not at issue. *See* Reynolds Decl., Ex. A-066. |
| 67 | 12348866 | Yes. *See* Reynolds Decl., Exs. A-067 & D-G. |
| 68 | 12388552 | Yes. *See* Reynolds Decl., Exs. A-068 & D-G. |
| 69 | 13131502 | Yes. *See* Reynolds Decl., Exs. A-069 & D-G. |
| 70 | 246063560 | No; denial reversed on administrative appeal. *See* Reynolds Decl., Ex. I at ANTM_COL_0071206. |
| 71 | 251211256 | Yes. *See* Reynolds Decl., Exs. A-071 & D-G. |
| 72 | 251744517 | Yes. *See* Reynolds Decl., Exs. A-072 & D-G. |

*Collins et al. v. Anthem, Inc., and Anthem UM Services, Inc.*,
Case No. 2:20-cv-1969 (FB) (SIL) (E.D.N.Y.)

## SAMPLE MEMBER LIST

| Sample No. | UM Number | Meets Class Definition? |
|---|---|---|
| 73 | 252255528 | Yes. *See* Reynolds Decl., Exs. A-073 & D-G. |
| 74 | 252369653 | Yes. *See* Reynolds Decl., Exs. A-074 & D-G. |
| 75 | 252691897 | Unknown; production incomplete. *See* Reynolds Decl., Ex. A-075. |
| 76 | 252988020 | Yes. *See* Reynolds Decl., Exs. A-076 & D-G. |
| 77 | 253095376 | Yes. *See* Reynolds Decl., Exs. A-077 & D-G. |
| 78 | 255821664 | Yes. *See* Reynolds Decl., Exs. A-078 & D-G. |
| 79 | 256131506 | Yes. *See* Reynolds Decl., Exs. A-079 & D-G. |
| 80 | 256255125 | Yes. *See* Reynolds Decl., Exs. A-080 & D-G. |
| 81 | 257053601 | Yes. *See* Reynolds Decl., Exs. A-081 & D-G. |
| 82 | 257179268 | Yes. *See* Reynolds Decl., Exs. A-082 & D-G. |
| 83 | 258275415 | Yes. *See* Reynolds Decl., Exs. A-083 & D-G. |
| 84 | 258361370 | Yes. *See* Reynolds Decl., Exs. A-084 & D-G. |
| 85 | 258528324 | Yes. *See* Reynolds Decl., Exs. A-085 & D-G. |
| 86 | 258580844 | Yes. *See* Reynolds Decl., Exs. A-086 & D-G. |
| 87 | 258687795 | Yes. *See* Reynolds Decl., Exs. A-087 & D-G. |
| 88 | 258699412 | Yes. *See* Reynolds Decl., Exs. A-088 & D-G. |
| 89 | 259136618 | Yes. *See* Reynolds Decl., Exs. A-089 & D-G. |
| 90 | 259193457 | Yes. *See* Reynolds Decl., Exs. A-090 & D-G. |
| 91 | 259271263 | Yes. *See* Reynolds Decl., Exs. A-091 & D-G. |
| 92 | 259563878 | Yes. *See* Reynolds Decl., Exs. A-092 & D-G. |
| 93 | 259680635 | Yes. *See* Reynolds Decl., Exs. A-093 & D-G. |
| 94 | 259831613 | Yes. *See* Reynolds Decl., Exs. A-094 & D-G. |
| 95 | 259878943 | Yes. *See* Reynolds Decl., Exs. A-095 & D-G. |
| 96 | 260377127 | Yes. *See* Reynolds Decl., Exs. A-096 & D-G. |
| 97 | 260578126 | Yes. *See* Reynolds Decl., Exs. A-097 & D-G. |
| 98 | 260578167 | Yes. *See* Reynolds Decl., Exs. A-098 & D-G. |
| 99 | 260644711 | Yes. *See* Reynolds Decl., Exs. A-099 & D-G. |
| 100 | 260927381 | Yes. *See* Reynolds Decl., Exs. A-100 & D-G. |
| 101 | 260943309 | Yes. *See* Reynolds Decl., Exs. A-101 & D-G. |
| 102 | 261014968 | Yes. *See* Reynolds Decl., Exs. A-102 & D-G. |
| 103 | 261226284 | Yes. *See* Reynolds Decl., Exs. A-103 & D-G. |
| 104 | 7184074634 | Yes. *See* Reynolds Decl., Exs. A-104 & D-G. |
| 105 | 3142189 | Yes. *See* Reynolds Decl., Exs. A-105 & D-G. |
| 106 | 3430312 | Yes. *See* Reynolds Decl., Exs. A-106 & D-G. |
| 107 | 3505601 | Yes. *See* Reynolds Decl., Exs. A-107 & D-G. |
| 108 | 3548374 | Yes. *See* Reynolds Decl., Exs. A-108 & D-G. |
| 109 | 3551836 | Yes. *See* Reynolds Decl., Exs. A-109 & D-G. |

*Collins et al. v. Anthem, Inc., and Anthem UM Services, Inc.*,
Case No. 2:20-cv-1969 (FB) (SIL) (E.D.N.Y.)

## **SAMPLE MEMBER LIST**

| Sample No. | UM Number | Meets Class Definition? |
|---|---|---|
| 110 | 3577683 | Yes. *See* Reynolds Decl., Exs. A-110 & D-G. |
| 111 | 3690674 | No; denial references different level of care than residential treatment. *See* Reynolds Decl., Ex. A-111 at ANTM_COL_0043562. |
| 112 | 4019221 | Yes. *See* Reynolds Decl., Exs. A-112 & D-G. |
| 113 | 4103045 | Yes. *See* Reynolds Decl., Exs. A-113 & D-G. |
| 114 | 4210310 | Yes. *See* Reynolds Decl., Exs. A-114 & D-G. |
| 115 | 4228598 | Yes. *See* Reynolds Decl., Exs. A-115 & D-G. |
| 116 | 4437749 | Yes. *See* Reynolds Decl., Exs. A-116 & D-G. |
| 117 | 4508245 | Yes. *See* Reynolds Decl., Exs. A-117 & D-G. |
| 118 | 4616168 | Yes. *See* Reynolds Decl., Exs. A-118 & D-G. |
| 119 | 4714336 | Yes. *See* Reynolds Decl., Exs. A-119 & D-G. |
| 120 | 4967313 | Yes. *See* Reynolds Decl., Exs. A-120 & D-G. |
| 121 | 5155945 | Yes. *See* Reynolds Decl., Exs. A-121 & D-G. |
| 122 | 5214256 | Yes. *See* Reynolds Decl., Exs. A-122 & D-G. |
| 123 | 5226721 | Yes. *See* Reynolds Decl., Exs. A-123 & D-G. |
| 124 | 5291910 | Yes. *See* Reynolds Decl., Exs. A-124 & D-G. |
| 125 | 5293202 | Yes. *See* Reynolds Decl., Exs. A-125 & D-G. |
| 126 | 5394071 | Yes. *See* Reynolds Decl., Exs. A-126 & D-G. |
| 127 | 5476921 | Yes. *See* Reynolds Decl., Exs. A-127 & D-G. |
| 128 | 5613921 | Yes. *See* Reynolds Decl., Exs. A-128 & D-G. |
| 129 | 5624766 | Yes. *See* Reynolds Decl., Exs. A-129 & D-G. |
| 130 | 5627332 | Yes. *See* Reynolds Decl., Exs. A-130 & D-G. |
| 131 | 5674294 | Yes. *See* Reynolds Decl., Exs. A-131 & D-G. |
| 132 | 5777643 | Yes. *See* Reynolds Decl., Exs. A-132 & D-G. |
| 133 | 5878933 | Yes. *See* Reynolds Decl., Exs. A-133 & D-G. |
| 134 | 6032851 | Yes. *See* Reynolds Decl., Exs. A-134 & D-G. |
| 135 | 6079366 | Yes. *See* Reynolds Decl., Exs. A-135 & D-G. |
| 136 | 6156372 | Yes. *See* Reynolds Decl., Exs. A-136 & D-G. |
| 137 | 6177964 | Yes. *See* Reynolds Decl., Exs. A-137 & D-G. |
| 138 | 6308996 | Unknown – production incomplete. *See* Reynolds Decl., Ex. A-138. |
| 139 | 6464189 | Yes. *See* Reynolds Decl., Exs. A-139 & D-G. |
| 140 | 6612120 | Yes. *See* Reynolds Decl., Exs. A-140 & D-G. |
| 141 | 6681656 | Yes. *See* Reynolds Decl., Exs. A-141 & D-G. |
| 142 | 7276794 | Yes. *See* Reynolds Decl., Exs. A-142 & D-G. |
| 143 | 7503796 | Yes. *See* Reynolds Decl., Exs. A-143 & D-G. |
| 144 | 7788809 | Yes. *See* Reynolds Decl., Exs. A-144 & D-G. |

*Collins et al. v. Anthem, Inc., and Anthem UM Services, Inc.*,
Case No. 2:20-cv-1969 (FB) (SIL) (E.D.N.Y.)

## SAMPLE MEMBER LIST

| Sample No. | UM Number | Meets Class Definition? |
|---|---|---|
| 145 | 8601408 | Yes. *See* Reynolds Decl., Exs. A-145 & D-G. |
| 146 | 8697927 | Yes. *See* Reynolds Decl., Exs. A-146 & D-G. |
| 147 | 8835813 | Yes. *See* Reynolds Decl., Exs. A-147 & D-G. |
| 148 | 8848956 | Yes. *See* Reynolds Decl., Exs. A-148 & D-G. |
| 149 | 9066101 | Yes. *See* Reynolds Decl., Exs. A-149 & D-G. |
| 150 | 9323628 | Yes. *See* Reynolds Decl., Exs. A-150 & D-G. |
| 151 | 9664934 | Yes. *See* Reynolds Decl., Exs. A-151 & D-G. |
| 152 | 9766040 | Yes. *See* Reynolds Decl., Exs. A-152 & D-G. |
| 153 | 9958753 | Yes. *See* Reynolds Decl., Exs. A-153 & D-G. |
| 154 | 9976374 | No; denial reversed on administrative appeal. *See* Reynolds Decl., Ex. J at ANTM_COL_0120235. |
| 155 | 10062022 | Yes. *See* Reynolds Decl., Exs. A-155 & D-G. |
| 156 | 10132685 | Yes. *See* Reynolds Decl., Exs. A-156 & D-G. |
| 157 | 10214832 | Yes. *See* Reynolds Decl., Exs. A-157 & D-G. |
| 158 | 10519186 | Yes. *See* Reynolds Decl., Exs. A-158 & D-G. |
| 159 | 10566362 | Yes. *See* Reynolds Decl., Exs. A-159 & D-G. |
| 160 | 10785668 | Yes. *See* Reynolds Decl., Exs. A-160 & D-G. |
| 161 | 11064934 | Yes. *See* Reynolds Decl., Exs. A-161 & D-G. |
| 162 | 11083369 | Yes. *See* Reynolds Decl., Exs. A-162 & D-G. |
| 163 | 11171653 | Yes. *See* Reynolds Decl., Exs. A-163 & D-G. |
| 164 | 11430725 | Yes. *See* Reynolds Decl., Exs. A-164 & D-G. |
| 165 | 11514330 | No; decision relies on guideline not at issue. *See* Reynolds Decl., Ex. A-165. |
| 166 | 11875070 | Yes. *See* Reynolds Decl., Exs. A-166 & D-G. |
| 167 | 12493366 | Yes. *See* Reynolds Decl., Exs. A-167 & D-G. |
| 168 | 12563619 | Yes. *See* Reynolds Decl., Exs. A-168 & D-G. |
| 169 | 12740639 | Yes. *See* Reynolds Decl., Exs. A-169 & D-G. |
| 170 | 12892675 | Yes. *See* Reynolds Decl., Exs. A-170 & D-G. |
| 171 | 12916747 | Yes. *See* Reynolds Decl., Exs. A-171 & D-G. |
| 172 | 13502756 | No; decision relies on guideline not at issue. *See* Reynolds Decl., Ex. A-172. |
| 173 | 245056692 | Yes. *See* Reynolds Decl., Exs. A-173 & D-G. |
| 174 | 250155709 | Yes. *See* Reynolds Decl., Exs. A-174 & D-G. |
| 175 | 250354339 | Yes. *See* Reynolds Decl., Exs. A-175 & D-G. |
| 176 | 250404986 | Yes. *See* Reynolds Decl., Exs. A-176 & D-G. |
| 177 | 250655095 | Yes. *See* Reynolds Decl., Exs. A-177 & D-G. |
| 178 | 250759241 | Yes. *See* Reynolds Decl., Exs. A-178 & D-G. |
| 179 | 251482606 | Yes. *See* Reynolds Decl., Exs. A-179 & D-G. |

*Collins et al. v. Anthem, Inc., and Anthem UM Services, Inc.*,
Case No. 2:20-cv-1969 (FB) (SIL) (E.D.N.Y.)

## SAMPLE MEMBER LIST

| Sample No. | UM Number | Meets Class Definition? |
|---|---|---|
| 180 | 252476867 | Yes. *See* Reynolds Decl., Exs. A-180 & D-G. |
| 181 | 253463121 | Yes. *See* Reynolds Decl., Exs. A-181 & D-G. |
| 182 | 253804621 | Yes. *See* Reynolds Decl., Exs. A-182 & D-G. |
| 183 | 254612313 | Yes. *See* Reynolds Decl., Exs. A-183 & D-G. |
| 184 | 254690300 | Yes. *See* Reynolds Decl., Exs. A-184 & D-G. |
| 185 | 255373724 | Yes. *See* Reynolds Decl., Exs. A-185 & D-G. |
| 186 | 255791347 | Yes. *See* Reynolds Decl., Exs. A-186 & D-G. |
| 187 | 256908034 | Yes. *See* Reynolds Decl., Exs. A-187 & D-G. |
| 188 | 256953731 | Yes. *See* Reynolds Decl., Exs. A-188 & D-G. |
| 189 | 257428808 | Yes. *See* Reynolds Decl., Exs. A-189 & D-G. |
| 190 | 257444508 | Yes. *See* Reynolds Decl., Exs. A-190 & D-G. |
| 191 | 257704269 | Yes. *See* Reynolds Decl., Exs. A-191 & D-G. |
| 192 | 258045598 | Yes. *See* Reynolds Decl., Exs. A-192 & D-G. |
| 193 | 258966821 | Yes. *See* Reynolds Decl., Exs. A-193 & D-G. |
| 194 | 259071188 | Yes. *See* Reynolds Decl., Exs. A-194 & D-G. |
| 195 | 259548135 | Yes. *See* Reynolds Decl., Exs. A-195 & D-G. |
| 196 | 260010782 | Yes. *See* Reynolds Decl., Exs. A-196 & D-G. |
| 197 | 260571196 | Yes. *See* Reynolds Decl., Exs. A-197 & D-G. |
| 198 | 260719421 | Yes. *See* Reynolds Decl., Exs. A-198 & D-G. |
| 199 | 260757899 | Yes. *See* Reynolds Decl., Exs. A-199 & D-G. |
| 200 | 260765359 | Yes. *See* Reynolds Decl., Exs. A-200 & D-G. |
| 201 | 260927982 | Yes. *See* Reynolds Decl., Exs. A-201 & D-G. |
| 202 | 261150896 | Yes. *See* Reynolds Decl., Exs. A-202 & D-G. |
| 203 | 7164051399 | Yes. *See* Reynolds Decl., Exs. A-203 & D-G. |
| 204 | 7184068076 | Yes. *See* Reynolds Decl., Exs. A-204 & D-G. |
| 205 | 3157246 | Yes. *See* Reynolds Decl., Exs. A-205 & D-G. |
| 206 | 3264298 | Yes. *See* Reynolds Decl., Exs. A-206 & D-G. |
| 207 | 3327602 | Yes. *See* Reynolds Decl., Exs. A-207 & D-G. |
| 208 | 3328256 | Yes. *See* Reynolds Decl., Exs. A-208 & D-G. |
| 209 | 3407347 | Yes. *See* Reynolds Decl., Exs. A-209 & D-G. |
| 210 | 3552859 | Yes. *See* Reynolds Decl., Exs. A-210 & D-G. |
| 211 | 3605390 | Yes. *See* Reynolds Decl., Exs. A-211 & D-G. |
| 212 | 3666986 | Yes. *See* Reynolds Decl., Exs. A-212 & D-G. |
| 213 | 3905105 | Yes. *See* Reynolds Decl., Exs. A-213 & D-G. |
| 214 | 3961615 | Yes. *See* Reynolds Decl., Exs. A-214 & D-G. |
| 215 | 4159152 | Yes. *See* Reynolds Decl., Exs. A-215 & D-G. |
| 216 | 4258008 | Yes. *See* Reynolds Decl., Exs. A-216 & D-G. |

*Collins et al. v. Anthem, Inc., and Anthem UM Services, Inc.*,
Case No. 2:20-cv-1969 (FB) (SIL) (E.D.N.Y.)

**SAMPLE MEMBER LIST**

| Sample No. | UM Number | Meets Class Definition? |
|---|---|---|
| 217 | 4290166 | Yes. *See* Reynolds Decl., Exs. A-217 & D-G. |
| 218 | 4338529 | Yes. *See* Reynolds Decl., Exs. A-218 & D-G. |
| 219 | 4440766 | Yes. *See* Reynolds Decl., Exs. A-219 & D-G. |
| 220 | 4686232 | Yes. *See* Reynolds Decl., Exs. A-220 & D-G. |
| 221 | 4686842 | Yes. *See* Reynolds Decl., Exs. A-221 & D-G. |
| 222 | 4853760 | Yes. *See* Reynolds Decl., Exs. A-222 & D-G. |
| 223 | 4866464 | Yes. *See* Reynolds Decl., Exs. A-223 & D-G. |
| 224 | 4886616 | Yes. *See* Reynolds Decl., Exs. A-224 & D-G. |
| 225 | 4966539 | Yes. *See* Reynolds Decl., Exs. A-225 & D-G. |
| 226 | 4968736 | No; decision relies on guideline not at issue. *See* Reynolds Decl., Ex. A-226. |
| 227 | 5127494 | Yes. *See* Reynolds Decl., Exs. A-227 & D-G. |
| 228 | 5172145 | Yes. *See* Reynolds Decl., Exs. A-228 & D-G. |
| 229 | 5212297 | Yes. *See* Reynolds Decl., Exs. A-229 & D-G. |
| 230 | 5219801 | Yes. *See* Reynolds Decl., Exs. A-230 & D-G. |
| 231 | 5226023 | Yes. *See* Reynolds Decl., Exs. A-231 & D-G. |
| 232 | 5249873 | Yes. *See* Reynolds Decl., Exs. A-232 & D-G. |
| 233 | 5369447 | Yes. *See* Reynolds Decl., Exs. A-233 & D-G. |
| 234 | 5432682 | Yes. *See* Reynolds Decl., Exs. A-234 & D-G. |
| 235 | 5473780 | Yes. *See* Reynolds Decl., Exs. A-235 & D-G. |
| 236 | 5651959 | Yes. *See* Reynolds Decl., Exs. A-236 & D-G. |
| 237 | 5700146 | Yes. *See* Reynolds Decl., Exs. A-237 & D-G. |
| 238 | 5702167 | Yes. *See* Reynolds Decl., Exs. A-238 & D-G. |
| 239 | 6038590 | Yes. *See* Reynolds Decl., Exs. A-239 & D-G. |
| 240 | 6171053 | Yes. *See* Reynolds Decl., Exs. A-240 & D-G. |
| 241 | 6244416 | Yes. *See* Reynolds Decl., Exs. A-241 & D-G. |
| 242 | 6390054 | Yes. *See* Reynolds Decl., Exs. A-242 & D-G. |
| 243 | 6393293 | Yes. *See* Reynolds Decl., Exs. A-243 & D-G. |
| 244 | 6419839 | Yes. *See* Reynolds Decl., Exs. A-244 & D-G. |
| 245 | 6467655 | Yes. *See* Reynolds Decl., Exs. A-245 & D-G. |
| 246 | 6507134 | Yes. *See* Reynolds Decl., Exs. A-246 & D-G. |
| 247 | 6732345 | Yes. *See* Reynolds Decl., Exs. A-247 & D-G. |
| 248 | 7031157 | Yes. *See* Reynolds Decl., Exs. A-248 & D-G. |
| 249 | 7133654 | Yes. *See* Reynolds Decl., Exs. A-249 & D-G. |
| 250 | 7277312 | Yes. *See* Reynolds Decl., Exs. A-250 & D-G. |
| 251 | 7614299 | Yes. *See* Reynolds Decl., Exs. A-251 & D-G. |
| 252 | 7798406 | Yes. *See* Reynolds Decl., Exs. A-252 & D-G. |
| 253 | 8695558 | Yes. *See* Reynolds Decl., Exs. A-253 & D-G. |

*Collins et al. v. Anthem, Inc., and Anthem UM Services, Inc.*,
Case No. 2:20-cv-1969 (FB) (SIL) (E.D.N.Y.)

## SAMPLE MEMBER LIST

| Sample No. | UM Number | Meets Class Definition? |
|---|---|---|
| 254 | 8701437 | Yes. *See* Reynolds Decl., Exs. A-254 & D-G. |
| 255 | 8716423 | Yes. *See* Reynolds Decl., Exs. A-255 & D-G. |
| 256 | 8781801 | Yes. *See* Reynolds Decl., Exs. A-256 & D-G. |
| 257 | 8893774 | Yes. *See* Reynolds Decl., Exs. A-257 & D-G. |
| 258 | 9024844 | Yes. *See* Reynolds Decl., Exs. A-258 & D-G. |
| 259 | 9039275 | Yes. *See* Reynolds Decl., Exs. A-259 & D-G. |
| 260 | 9233263 | Yes. *See* Reynolds Decl., Exs. A-260 & D-G. |
| 261 | 9249666 | Yes. *See* Reynolds Decl., Exs. A-261 & D-G. |
| 262 | 9265165 | No; denial reversed on administrative appeal. *See* Reynolds Decl., Ex. K at ANTM_COL_0017051. |
| 263 | 9562873 | Yes. *See* Reynolds Decl., Exs. A-263 & D-G. |
| 264 | 9814292 | Yes. *See* Reynolds Decl., Exs. A-264 & D-G. |
| 265 | 9839914 | Yes. *See* Reynolds Decl., Exs. A-265 & D-G. |
| 266 | 9916960 | Yes. *See* Reynolds Decl., Exs. A-266 & D-G. |
| 267 | 9973306 | Yes. *See* Reynolds Decl., Exs. A-267 & D-G. |
| 268 | 9976115 | Yes. *See* Reynolds Decl., Exs. A-268 & D-G. |
| 269 | 10065348 | Yes. *See* Reynolds Decl., Exs. A-269 & D-G. |
| 270 | 10066616 | Yes. *See* Reynolds Decl., Exs. A-270 & D-G. |
| 271 | 10196729 | Yes. *See* Reynolds Decl., Exs. A-271 & D-G. |
| 272 | 10295114 | Yes. *See* Reynolds Decl., Exs. A-272 & D-G. |
| 273 | 10315670 | Yes. *See* Reynolds Decl., Exs. A-273 & D-G. |
| 274 | 10325069 | Yes. *See* Reynolds Decl., Exs. A-274 & D-G. |
| 275 | 10432591 | Yes. *See* Reynolds Decl., Exs. A-275 & D-G. |
| 276 | 10491782 | Yes. *See* Reynolds Decl., Exs. A-276 & D-G. |
| 277 | 10563060 | Yes. *See* Reynolds Decl., Exs. A-277 & D-G. |
| 278 | 10673119 | Yes. *See* Reynolds Decl., Exs. A-278 & D-G. |
| 279 | 10827535 | Yes. *See* Reynolds Decl., Exs. A-279 & D-G. |
| 280 | 11539874 | Yes. *See* Reynolds Decl., Exs. A-280 & D-G. |
| 281 | 11706439 | Yes. *See* Reynolds Decl., Exs. A-281 & D-G. |
| 282 | 250996344 | Yes. *See* Reynolds Decl., Exs. A-282 & D-G. |
| 283 | 251154335 | Yes. *See* Reynolds Decl., Exs. A-283 & D-G. |
| 284 | 251700799 | Yes. *See* Reynolds Decl., Exs. A-284 & D-G. |
| 285 | 253201987 | Yes. *See* Reynolds Decl., Exs. A-285 & D-G. |
| 286 | 253476427 | Yes. *See* Reynolds Decl., Exs. A-286 & D-G. |
| 287 | 253692744 | Yes. *See* Reynolds Decl., Exs. A-287 & D-G. |
| 288 | 253830124 | Yes. *See* Reynolds Decl., Exs. A-288 & D-G. |
| 289 | 254101019 | Yes. *See* Reynolds Decl., Exs. A-289 & D-G. |
| 290 | 254368213 | Yes. *See* Reynolds Decl., Exs. A-290 & D-G. |

*Collins et al. v. Anthem, Inc., and Anthem UM Services, Inc.*,
Case No. 2:20-cv-1969 (FB) (SIL) (E.D.N.Y.)

**SAMPLE MEMBER LIST**

| Sample No. | UM Number | Meets Class Definition? |
|---|---|---|
| 291 | 254471067 | Yes. *See* Reynolds Decl., Exs. A-291 & D-G. |
| 292 | 254970402 | Yes. *See* Reynolds Decl., Exs. A-292 & D-G. |
| 293 | 255283279 | Yes. *See* Reynolds Decl., Exs. A-293 & D-G. |
| 294 | 256119858 | Yes. *See* Reynolds Decl., Exs. A-294 & D-G. |
| 295 | 256725322 | Yes. *See* Reynolds Decl., Exs. A-295 & D-G. |
| 296 | 2542520 | Yes. *See* Reynolds Decl., Exs. A-296 & D-G. |
| 297 | 257518234 | Yes. *See* Reynolds Decl., Exs. A-297 & D-G. |
| 298 | 257591717 | Unknown; production incomplete. *See* Reynolds Decl., Ex. A-298. |
| 299 | 258923630 | Yes. *See* Reynolds Decl., Exs. A-299 & D-G. |
| 300 | 259034133 | Yes. *See* Reynolds Decl., Exs. A-300 & D-G. |
| 301 | 2893739 | Yes. *See* Reynolds Decl., Exs. A-301 & D-G. |
| 302 | 259423471 | Yes. *See* Reynolds Decl., Exs. A-302 & D-G. |
| 303 | 259747333 | Yes. *See* Reynolds Decl., Exs. A-303 & D-G. |
| 304 | 260987580 | Yes. *See* Reynolds Decl., Exs. A-304 & D-G. |
| 305 | 261010951 | Yes. *See* Reynolds Decl., Exs. A-305 & D-G. |
| 306 | 261018473 | Yes. *See* Reynolds Decl., Exs. A-306 & D-G. |
| 307 | 261260256 | Yes. *See* Reynolds Decl., Exs. A-307 & D-G. |
| 308 | 7194015907 | Yes. *See* Reynolds Decl., Exs. A-308 & D-G. |
| 309 | 3314454 | Yes. *See* Reynolds Decl., Exs. A-309 & D-G. |
| 310 | 3323029 | Unknown; production incomplete. *See* Reynolds Decl., Ex. A-310. |
| 311 | 3619626 | Yes. *See* Reynolds Decl., Exs. A-311 & D-G. |
| 312 | 3679930 | Yes. *See* Reynolds Decl., Exs. A-312 & D-G. |
| 313 | 3841091 | Yes. *See* Reynolds Decl., Exs. A-313 & D-G. |
| 314 | 3995941 | Yes. *See* Reynolds Decl., Exs. A-314 & D-G. |
| 315 | 4117082 | Yes. *See* Reynolds Decl., Exs. A-315 & D-G. |
| 316 | 4219273 | Yes. *See* Reynolds Decl., Exs. A-316 & D-G. |
| 317 | 4389897 | Yes. *See* Reynolds Decl., Exs. A-317 & D-G. |
| 318 | 4397490 | Yes. *See* Reynolds Decl., Exs. A-318 & D-G. |
| 319 | 4557035 | Yes. *See* Reynolds Decl., Exs. A-319 & D-G. |
| 320 | 4608952 | Yes. *See* Reynolds Decl., Exs. A-320 & D-G. |
| 321 | 4705081 | Yes. *See* Reynolds Decl., Exs. A-321 & D-G. |
| 322 | 4843292 | Yes. *See* Reynolds Decl., Exs. A-322 & D-G. |
| 323 | 4855715 | Yes. *See* Reynolds Decl., Exs. A-323 & D-G. |
| 324 | 5163935 | Yes. *See* Reynolds Decl., Exs. A-324 & D-G. |
| 325 | 5435637 | Yes. *See* Reynolds Decl., Exs. A-325 & D-G. |
| 326 | 5751244 | Yes. *See* Reynolds Decl., Exs. A-326 & D-G. |

*Collins et al. v. Anthem, Inc., and Anthem UM Services, Inc.*,
Case No. 2:20-cv-1969 (FB) (SIL) (E.D.N.Y.)

**SAMPLE MEMBER LIST**

| Sample No. | UM Number | Meets Class Definition? |
|---|---|---|
| 327 | 5757250 | Yes. *See* Reynolds Decl., Exs. A-327 & D-G. |
| 328 | 5770928 | Yes. *See* Reynolds Decl., Exs. A-328 & D-G. |
| 329 | 5795677 | Yes. *See* Reynolds Decl., Exs. A-329 & D-G. |
| 330 | 5989665 | Yes. *See* Reynolds Decl., Exs. A-330 & D-G. |
| 331 | 6059899 | Yes. *See* Reynolds Decl., Exs. A-331 & D-G. |
| 332 | 6502601 | Yes. *See* Reynolds Decl., Exs. A-332 & D-G. |
| 333 | 6540402 | Yes. *See* Reynolds Decl., Exs. A-333 & D-G. |
| 334 | 6815101 | Yes. *See* Reynolds Decl., Exs. A-334 & D-G. |
| 335 | 6816385 | Yes. *See* Reynolds Decl., Exs. A-335 & D-G. |
| 336 | 6896263 | Yes. *See* Reynolds Decl., Exs. A-336 & D-G. |
| 337 | 7717382 | Yes. *See* Reynolds Decl., Exs. A-337 & D-G. |
| 338 | 8124731 | Yes. *See* Reynolds Decl., Exs. A-338 & D-G. |
| 339 | 8180084 | Yes. *See* Reynolds Decl., Exs. A-339 & D-G. |
| 340 | 8197301 | Yes. *See* Reynolds Decl., Exs. A-340 & D-G. |
| 341 | 8911585 | Yes. *See* Reynolds Decl., Exs. A-341 & D-G. |
| 342 | 9114056 | Yes. *See* Reynolds Decl., Exs. A-342 & D-G. |
| 343 | 9618782 | Yes. *See* Reynolds Decl., Exs. A-343 & D-G. |
| 344 | 9825166 | Yes. *See* Reynolds Decl., Exs. A-344 & D-G. |
| 345 | 10170651 | Yes. *See* Reynolds Decl., Exs. A-345 & D-G. |
| 346 | 10468733 | Yes. *See* Reynolds Decl., Exs. A-346 & D-G. |
| 347 | 10720189 | Yes. *See* Reynolds Decl., Exs. A-347 & D-G. |
| 348 | 11479635 | Yes. *See* Reynolds Decl., Exs. A-348 & D-G. |
| 349 | 249805600 | Yes. *See* Reynolds Decl., Exs. A-349 & D-G. |
| 350 | 250002983 | Yes. *See* Reynolds Decl., Exs. A-350 & D-G. |
| 351 | 250464447 | Yes. *See* Reynolds Decl., Exs. A-351 & D-G. |
| 352 | 250532069 | Yes. *See* Reynolds Decl., Exs. A-352 & D-G. |
| 353 | 250699959 | Yes. *See* Reynolds Decl., Exs. A-353 & D-G. |
| 354 | 250733824 | Yes. *See* Reynolds Decl., Exs. A-354 & D-G. |
| 355 | 251183469 | Yes. *See* Reynolds Decl., Exs. A-355 & D-G. |
| 356 | 251650444 | Yes. *See* Reynolds Decl., Exs. A-356 & D-G. |
| 357 | 251715203 | Yes. *See* Reynolds Decl., Exs. A-357 & D-G. |
| 358 | 251738783 | Yes. *See* Reynolds Decl., Exs. A-358 & D-G. |
| 359 | 251764475 | Yes. *See* Reynolds Decl., Exs. A-359 & D-G. |
| 360 | 251948373 | Yes. *See* Reynolds Decl., Exs. A-360 & D-G. |
| 361 | 252325501 | Yes. *See* Reynolds Decl., Exs. A-361 & D-G. |
| 362 | 252769946 | Yes. *See* Reynolds Decl., Exs. A-362 & D-G. |
| 363 | 253435362 | Yes. *See* Reynolds Decl., Exs. A-363 & D-G. |

*Collins et al. v. Anthem, Inc., and Anthem UM Services, Inc.*,
Case No. 2:20-cv-1969 (FB) (SIL) (E.D.N.Y.)

## SAMPLE MEMBER LIST

| Sample No. | UM Number | Meets Class Definition? |
|---|---|---|
| 364 | 253508868 | Yes. *See* Reynolds Decl., Exs. A-364 & D-G. |
| 365 | 253837434 | Yes. *See* Reynolds Decl., Exs. A-365 & D-G. |
| 366 | 254928671 | Yes. *See* Reynolds Decl., Exs. A-366 & D-G. |
| 367 | 255077542 | Yes. *See* Reynolds Decl., Exs. A-367 & D-G. |
| 368 | 255324953 | Yes. *See* Reynolds Decl., Exs. A-368 & D-G. |
| 369 | 255821348 | Yes. *See* Reynolds Decl., Exs. A-369 & D-G. |
| 370 | 257102890 | Yes. *See* Reynolds Decl., Exs. A-370 & D-G. |
| 371 | 257347383 | Yes. *See* Reynolds Decl., Exs. A-371 & D-G. |
| 372 | 257515510 | Yes. *See* Reynolds Decl., Exs. A-372 & D-G. |
| 373 | 258463351 | Yes. *See* Reynolds Decl., Exs. A-373 & D-G. |
| 374 | 258508954 | Yes. *See* Reynolds Decl., Exs. A-374 & D-G. |
| 375 | 258695398 | Yes. *See* Reynolds Decl., Exs. A-375 & D-G. |
| 376 | 258794887 | Yes. *See* Reynolds Decl., Exs. A-376 & D-G. |
| 377 | 258842332 | Yes. *See* Reynolds Decl., Exs. A-377 & D-G. |
| 378 | 259020579 | Yes. *See* Reynolds Decl., Exs. A-378 & D-G. |
| 379 | 259190021 | Yes. *See* Reynolds Decl., Exs. A-379 & D-G. |
| 380 | 259531599 | Yes. *See* Reynolds Decl., Exs. A-380 & D-G. |
| 381 | 259751056 | Yes. *See* Reynolds Decl., Exs. A-381 & D-G. |
| 382 | 259987598 | Yes. *See* Reynolds Decl., Exs. A-382 & D-G. |
| 383 | 7184113249 | Yes. *See* Reynolds Decl., Exs. A-383 & D-G. |