EXHIBIT 28- PLAINTIFFS' EXHIBITS

**FILED UNDER SEAL PENDING JUDGE'S RULING ON ECF NO. 83**