Exhibits D-4-D8 - Memorandum of Law in Support of

Defendants' Opposition to Plaintiffs' Motion for Class Certification

**FILED UNDER SEAL PENDING JUDGE'S RULING ON ECF NO. 83**