| UNITED STATES DISTRICT COURT | CIVIL CONFERENCE |
| --- | --- |
| EASTERN DISTRICT OF NEW YORK | MINUTE ORDER |

| BEFORE: STEVEN I. LOCKE | DATE: 4/28/23 |
| --- | --- |
| U.S. MAGISTRATE JUDGE | TIME: 12:00 pm |

CASE: **CV 20-1969(FB) Collins et. al. v. Anthem, Inc. et. al**

TYPE OF CONFERENCE:   ORAL ARGUMENT        FTR: 11:58-1:33

APPEARANCES:
   For Plaintiff:   Caroline Reynolds

   For Defendant: Rebecca Hanson

# THE FOLLOWING RULINGS WERE MADE:

☐   Scheduling Order entered.

☐   The court has adopted and So Ordered the joint proposed scheduling order [   ] submitted by the parties.

☐   The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒   Other:   Oral argument held. Decision reserved.


                    SO ORDERED

                    /s/Steven I. Locke
                    STEVEN I. LOCKE
                    United States Magistrate Judge