UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARISSA COLLINS, on her own behalf, and on behalf of all others similarly situated, JAMES BURNETT, on behalf of his son, and on behalf of all others similarly situated, and KARYN SANCHEZ, on behalf of her minor son and all others similarly situated,<br><br>                            Plaintiffs,<br>    v.<br><br>ANTHEM, INC. and ANTHEM UM SERVICES, INC.,<br><br>                            Defendants. | Civil Action No. 2:20-cv-01969-FB-SIL |

## PLAINTIFFS' UNOPPOSED MOTION
## FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT

Pursuant to Rule 23 of the Federal Rules of Civil Procedure and the Court's minute entry dated June 23, 2025, Named Plaintiffs and Class Representatives Marissa Collins, James Burnett, Karyn Sanchez, and A.I.,[1] by and through undersigned Class Counsel, respectfully move for preliminary approval of a class settlement with Defendants Anthem, Inc. and Anthem UM Services, Inc. in the above-captioned action. The motion is unopposed.

By this motion, Plaintiffs seek an order, *inter alia:* (i) granting preliminary approval to the proposed Settlement Agreement; (ii) approving the proposed schedule concerning notice, opt-out, and objection deadlines; (iii) appointing Simpluris as the settlement administrator; and (iv) setting a fairness hearing for final approval of the Settlement.

---

[1] On June 21, 2022, this Court granted Intervenor Plaintiff A.I.'s motion to proceed anonymously in this litigation and to seal or redact personally identifying information pertaining to himself and his minor daughter. *See* ECF Nos. 55, 58 and Electronic Order dated June 21, 2022.

Plaintiffs' motion is based on this motion, the accompanying Memorandum and exhibits, including the proposed Settlement Agreement and all attachments thereto and the proposed Plan of Allocation, the Declaration of Caroline E. Reynolds in support of the Motion, all pleadings on file in the above-captioned matter, and such other support as may be presented to the Court.

Dated: June 30, 2025

Respectfully submitted,

/s/ *Caroline E. Reynolds*
ZUCKERMAN SPAEDER LLP
D. Brian Hufford
Jason S. Cowart
485 Madison Avenue, 19th Floor
New York, NY 10022
Tel: (212) 704-9600
Fax: (212) 704-4256
dbhufford@zuckerman.com
jcowart@zuckerman.com

ZUCKERMAN SPAEDER LLP
Caroline E. Reynolds (*pro hac vice*)
2100 L St., NW, Suite 400
Washington, DC 20037
Tel: (202) 778-1800
Fax: (202) 822-8106
creynolds@zuckerman.com

PSYCH-APPEAL, INC.
Meiram Bendat (*pro hac vice*)
7 West Figueroa Street, Suite 300
Santa Barbara, CA 93101
Tel: (310) 598-3690, x.101
Fax: (888) 975-1957
mbendat@psych-appeal.com

BERGER MONTAGUE
Julie Selesnick (pro hac vice)
1001 G Street, NW, Suite 400 East
Washington, D.C. 20001
Tel: (202) 559-9740
Fax: (215) 875-4604
jselesnick@bm.net

*Counsel for Plaintiffs and the Class*

**CERTIFICATE OF SERVICE**

I certify that, on June 30, 2025, I caused the foregoing document to be filed via the Court's CM/ECF system and served on all counsel of record.

*/s/ Caroline E. Reynolds*

Caroline E. Reynolds
*Counsel for Plaintiffs and the Class*